**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 09-2531-DDP(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| KENNETH ROBERT MURPHY-PETERSON, a.k.a. Raul Ernesto Alonzo, | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that this action is dismissed, without prejudice, for failure to prosecute and failure to comply with Local Rule 41-6.

DATE: <u>July 7, 2009</u>

_____
DEAN D. PREGERSON
United States District Judge